1   MICHELE SABO ASSAYAG, BAR No.  109540
    BYRON B. MAUSS, BAR No.  174141
2   JAIME K. SHEAN, BAR No.  217657
    ASSAYAG MAUSS KEMPTON
3   A Professional Law Corporation
    2915 Redhill Ave., Suite 200
4   Costa Mesa, California 92626
    Telephone: (714) 427-6800
5   Fax: (714) 427-6888

6   Attorneys for Plaintiff and
    Counterdefendant AT&T Corp.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  AT&T Corp., a New York          )  CASE NO. C-04-01678 PVT
    corporation,                    )
13                                  )
           Plaintiff,               )  **STIPULATION FOR DISMISSAL OF**
14                                  )  **ACTION;** [PROPOSED] **ORDER**
    vs.                             )  **THEREON**
15                                  )
    BLACK/WHITE & ASSOCIATES        )
16  INSURANCE BROKERS, a California )
    corporation,                    )
17                                  )
           Defendant.               )
18  _____  )
                                    )
19  BLACK/WHITE & ASSOCIATES        )
    INSURANCE BROKERS, a California )
20  corporation,                    )
                                    )
21         Counterclaimant,         )
                                    )
22  vs.                             )
                                    )
23  AT&T Corp., a New York          )
    corporation,                    )
24                                  )
           Counterdefendant.        )
25

26         IT IS HEREBY STIPULATED by and between Plaintiff and

27  Counterdefendant AT&T Corp. ("AT&T") and Defendant and

28

1  Counterclaimant Black/White & Associates Insurance Brokers ("B/W"),

2  by and through their respective counsel of record, pursuant to

3  Federal Rule of Civil Procedure 41(a), that the above-entitled action

4  be dismissed in its entirety with prejudice, in accordance with the

5  written and fully-executed settlement agreement between them.  Each

6  party shall bear its own attorneys' fees and costs in this matter.

8  DATED: May 25, 2005                ASSAYAG MAUSS KEMPTON
                                      A Professional Law Corporation

10                                    By: _____
11                                        JAIME K. SHEAN
                                          Attorneys for Plaintiff and
12                                        Counterdefendant AT&T Corp.

14
15 DATED: May 23, 2005                TITCHELL, MALTZMAN, MARK & OHLEYER

16                                    By: _____
17                                        RICHARD J. COLLIER
                                          Attorneys for Defendant and
18                                        Counterclaimant Black/White &
                                          Associates Insurance Brokers
19

20
21 APPROVED AND SO ORDERED:

22
   DATED:  6/22/05                      /s/ Patricia V. Trumbull
23                                    _____
                                      HONORABLE PATRICIA V. TRUMBULL
24                                    Magistrate Judge of the United States
                                      District Court

25

26

27

28

ASSAYAG
MAUSS
KEMPTON

-2-

STIPULATION FOR DISMISSAL OF ACTION;
[PROPOSED] ORDER THEREON